ceedings against him. The fact of his agreeing to the continuance, is evidence of his having made himself a party to the record; and by such appearance, any defect that might exist, as to the service of the writ or notice, was waived. The judgment was entered by default against Rogers, the plaintiff having first continued as to Ford. This judgment is manifestly irregular, but its informality is cured by our statute of amendments. The proper judgment should have been by *nil dicit.*

Judgment affirmed.

### Pelham *vs.* Oakey.

Held, as in *Clary & Webb* vs. *Morehouse,* 3 *Ark.* 261, that where a note is sued on which bears interest at a rate greater than six per cent. per annum, non-payment of the interest must be alleged in the breach.

### Stone *vs.* Bennett et al.

Variance between the writ and declaration in the names of the plaintiffs; or between the writ and declaration in the capacity in which the plaintiffs sue; or between the writ and declaration in the names of the assignees, are no bar to the action; and if available for any purpose, can only be in abatement of the suit.

Anciently, after oyer of the original writ, advantage might be taken, either by plea in abatement, demurrer, motion in arrest of judgment, or writ of error.

Nothing which was ground of only special demurrer at common law, can now be specially assigned as cause of demurrer.

When oyer of the assignments is neither prayed nor granted, though copied into the transcript, they are no part of the record.

It is not necessary to allege, in the declaration, that the defendant had notice of the assignment.

That there is no venue distinctly laid to every material allegation in the declaration, cannot be taken advantage of on general demurrer.

This was an action of debt, instituted by Bennett and others, and determined in Jackson Circuit Court, in May, A. D. 1841, before the Hon. Thomas Johnson, one of the Circuit Judges. The defendants in error sued on a note, as assignees of Ferdinand C. Fletcher and Asa M. Carpenter, assignees of Jesse Dougherty. The declaration sets forth the note and assignments, and contains a breach negativing the payment of the money mentioned in the note, or any part thereof,